UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD A. YANAGI, AS TRUSTEE OF THE BANKRUPTCY ESTATE OF ANDRICK CHIU-YONG TONG;<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., RONALD KIRK SCOTT, SHERYL RAE SCOTT, PROVIDENT FUNDING ASSOCIATES, L.P., MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., DOE DEFENDANTS 1-50,<br><br>Defendants. | CIV. NO. 21-00282 LEK-RT |

**ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO
DISTRICT COURT TO WITHDRAW REFERENCE TO SCHEDULE JURY TRIAL**

        On June 22, 2021, the bankruptcy judge transmitted his Recommendation to District Court to Withdraw Reference to Schedule Jury Trial ("Recommendation"). [Dkt. no. 1-1.] The bankruptcy judge recommended that this Court: withdraw the reference at this time to schedule a jury trial and the associated deadlines; and refer the proceeding to the bankruptcy judge for all other purposes until ninety days before the trial date. On June 24, 2021, this Court issued an entering order directing the parties to file any objections to the Recommendation by July 6, 2021. [Dkt. no. 3.] No objections were filed.

This Court HEREBY ADOPTS the bankruptcy judge's Recommendation. The jury trial in this case will commence on **March 29, 2022, at 9:00 a.m.** The magistrate judge will issue a separate scheduling order setting forth the near-trial deadlines. Following the issuance of the scheduling order, this matter will be REFERRED to the bankruptcy judge for all other purposes. The reference will be withdrawn ninety days before the trial date.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 7, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**RICHARD A. YANAGI, ETC. VS. BANK OF AMERICA, ET AL; CV 21-00282 LEK-RT; ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO SCHEDULE JURY TRIAL**