UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD A. YANAGI, AS TRUSTEE OF THE BANKRUPTCY ESTATE OF ANDRICK CHIU-YONG TONG;<br><br>            Plaintiff,<br><br>      vs.<br><br>BANK OF AMERICA, N.A., RONALD KIRK SCOTT, SHERYL RAE SCOTT, PROVIDENT FUNDING ASSOCIATES, L.P.,  MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., DOE DEFENDANTS 1-50,<br><br>            Defendants. | CIV. NO. 21-00282 LEK-RT |

**ORDER OF DISMISSAL**

On June 22, 2021, the bankruptcy judge transmitted his Recommendation to District Court to Withdraw Reference to Schedule Jury Trial ("Recommendation").  [Dkt. no. 1-1.]  This Court adopted the Recommendation in a July 7, 2021 order ("7/7/21 Order"), which set a March 29, 2022 trial date.  [Dkt. no. 4.]  After the magistrate judge issued the Rule 16 Scheduling Order, [filed 7/9/21 (dkt. no. 7),] the matter was referred to the bankruptcy judge for all pretrial purposes.  See 7/7/21 Order at 2.

On October 20, 2021, the bankruptcy judge issued an order dismissing, without prejudice, the First Amended Complaint filed by Plaintiff Richard A. Yanagi, as Trustee of the

Bankruptcy Estate of Andrick Chiu-Yong Tong ("the Trustee"), on June 22, 2021. [Bankr. Adv. No. 20-90031, dkt. nos. 43, 67.] The Trustee did not file a second amended complaint. On December 15, 2021, this Court issued an entering order informing the parties that it was inclined to deem the case dismissed. [Dkt. no. 8.] No party filed objections to the inclination. Because there are no pending claims in the underlying adversary proceeding and the parties have not identified any claim or issue remaining before this Court, the instant case is DISMISSED, and the Clerk's Office is DIRECTED to close the case immediately.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, December 30, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**RICHARD A. YANAGI, ETC. VS. BANK OF AMERICA, ET AL; CV 21-00282 LEK-RT; ORDER OF DISMISSAL**